**Chicago Title & Trust Company, trustee, defendant in error, v. Nathan S. Schoenbrod, plaintiff in error. Gen. No. 31,647.**

Bill to declare contract void, to remove it as cloud on title and for injunction. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927. Rehearing denied January 13, 1928.

Edward A. Zimmerman, for plaintiff in error. Culver, Andrews & King, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

**E. M. Willoughby et al., appellees, v. S. Buschsbaum & Company, appellant. Gen. No. 31,718.**

Action to recover for appraisal services. Judgment against defendant. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927.

Eisendrath, Solomon & Borden, for appellant; Charles H. Borden, of counsel. Mills & Howe, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

**W. F. Reed, defendant in error, v. Pennsylvania Railroad Company, plaintiff in error. Gen. No. 31,781.**

Action to recover damage to live stock. Appeal from vacation of judgment against plaintiff for want of prosecution. Error to the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed. Opinion filed December 27, 1927.

Loesch, Scofield, Loesch & Richards, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

**A. A. Sturges, Jr., et al., trading as Dad's Cookie Company, appellants, v. Frank E. Davis et al., appellees. Gen. No. 31,796.**

Bill for accounting and injunction. Dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927. Rehearing denied January 13, 1928.

Alfred E. Holt, for appellants. Reeve & Heywood, for appellees; Harold L. Reeve, of counsel.

Mr. Justice Gridley delivered the opinion of the court.